Midland County - 441st District Court
Cause No. CV57006

| | | |
|---|---|---|
| Sean Marble | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | MIDLAND COUNTY, TEXAS |
| | § | |
| CrownQuest Operating, LLC | § | |
| *Defendant.* | § | ___ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff **Sean Marble** complains of Defendant **CrownQuest Operating, LLC** ("Defendant") and would respectfully show unto the Court the following:

**I.**

**Discovery Control Plan**

1. Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

**II.**

**Jurisdiction and Venue**

2. The claims asserted arise under the common law of Texas.

3. This Court has personal jurisdiction over Defendant because Defendant is Texas limited liability company which maintains its principal place of business in Midland County, Texas. Defendant conducts continuous and systematic business in Midland County, Texas.

4. Venue for this suit is proper in Midland County under section 15.002(a)(3) of the Texas Civil Practice & Remedies Code because Defendant maintains its headquarters and/or principal place of business in Midland County, Texas. This case is not removable to federal court because no diversity exists.

Copy from re:SearchTX

EXHIBIT A-1

## III.

## Parties

4. Plaintiff is an adult resident and citizen of Texas.

6. Defendant **CrownQuest Operating, LLC** is a domestic limited-liability company which maintains its principal place of business in Midland County, Texas. It may be served with process through its registered agent, **Robert W. Floyd** at **18 Desta Drive, Midland, Texas 79705**.

## IV.

## FACTS

7. On or about July 28, 2020 Plaintiff was catastrophically injured when a gas pipeline explosion and fire occurred. The incident occurred at or near Hwy 137 and County Road 3800 in Big Springs, Texas. The incident in question and Plaintiff's resulting injures occurred as a direct and proximate result of Defendant CrownQuest Operating, LLC ("CrownQuest")'s conduct by way of act and/or omission.

8. Plaintiff was severely injured as a result. More specifically, Plaintiff sustained injuries to his neck, back, arms, legs, knees, ears, head, and other parts of his body.




Copy from re:SearchTX

 

9. Defendant was negligence, negligence *per se,* and/or grossly negligence because it:

    a. Failed to adequately supervise its employees;

    b. Failed to adequately train its employees;

    c. Failed to have adequate policies and procedures;

    d. Failed to have adequate safety policies and procedures;

    e. Failed to properly maintain its equipment;

    f. Failed to properly plan and secure the area surrounding the subject equipment prior to its use;

    g. Failed to properly inspect its equipment;

    h. Failed to use proper equipment;

    i. Failed to provide and/or install adequate equipment;

    j. Failed to ensure that its worksite was reasonably safe;

    l. Failed to adequately maintain the premises at issue;

    m. Failed to adequately inspect the premises at issue;

Copy from re:SearchTX

n.  Failed to provide proper instruction;

n.  Created a dangerous and/or hazardous condition;

o.  Failed to adequately warn of a dangerous and/or hazardous condition;

p.  Failed to remedy a dangerous and/or hazardous condition;

q.  Vicarious liability for the conduct of their employees;

r.  Failed to provide adequate medical treatment;

s.  Failed to properly maintain the pipeline(s) in question;

t.  Failed to properly manage the pipeline(s) in question;

u.  Failed to properly supervise the work on the pipeline(s) in question;

v.  Failed to hire adequate and qualified employees and contractors to work on the pipeline(s) in question;

w.  Failed to design, set up, and install the pipeline in question in a safe manner;

x.  Violated applicable rules, regulations and standards; and

y.  Other acts deemed negligent and grossly negligent.

## V.

## **DAMAGES**

10. Plaintiff repeats and re-alleges each allegation contained above.

11. As a result of these occurrences, Plaintiff sustained injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff sustained severe pain, physical impairment, disfigurement, disability, discomfort, mental anguish, and distress, and that in all reasonable probability, such physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has suffered a loss of earnings in the past, as well as a loss of future earning

Copy from re:SearchTX

capacity. Plaintiff has incurred and will continue to incur pharmaceutical and medical expenses in connection with his injuries.

12. Further, Plaintiff is entitled to and seeks punitive damages because the aforementioned actions of Defendant were grossly negligent. Defendant acted with flagrant and malicious disregard of Plaintiff's health and safety and for the health and safety of others. Defendant's acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Plaintiff and others. Defendant had actual, subjective awareness of the risk, and consciously disregarded such risk.

13. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues. Pursuant to Rule 47, Plaintiff seeks monetary relief within the jurisdictional limits of this Court and over $1,000,000.00.

## VI.

## JURY DEMAND

14. Plaintiff hereby requests a trial by jury on all claims.

## VII.

## PRAYER

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appears and answers, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which he may show themselves justly entitled.

Copy from re:SearchTX

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin
State Bar No. 24032461
Noah M. Wexler
State Bar No. 24060816
Ben Bireley
State Bar No. 24076086
Samantha M.B. Demuren
Texas State Bar No. 24103756
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jitkin@arnolditkin.com
nwexler@arnolditkin.com
bbireley@arnolditkin.com
sdemuren@arnolditkin.com
jaiteam@arnolditkin.com

***Counsel for Plaintiff***

Copy from re:SearchTX

Copy from re:SearchTX